NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CEDRIC HOUSTON,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D18-3996
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____    )

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Edward Nicholas,
Judge.

PER CURIAM.

        Affirmed.  See Johnson v. State, 974 So. 2d 363 (Fla. 2008); Logan v.

State, 846 So. 2d 472 (Fla. 2003); Harris v. State, 818 So. 2d 567 (Fla. 2d DCA 2002).

KELLY, VILLANTI, and BADALAMENTI, JJ., Concur.